IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE VENTURI, | : |
| Plaintiff | : Civil Action No. 3:CV 08-236 |
| vs. | : JURY TRIAL DEMANDED |
| JAMES KRENITSKY and BOROUGH OF OLD FORGE, | : The Honorable James M. Munley |
| Defendants | : (Electronically Filed) |

**PRAECIPE TO DISCONTINUE WITH PREJUDICE**

Kindly mark the above captioned matter settled, discontinued, and ended with prejudice.

Respectfully submitted,
/s/ BRUCE J. PHILLIPS, ESQUIRE
Supreme Court ID PA37115

Wetzel, Caverly, Shea, Phillips & Rodgers
Suite 210, 15 Public Square
Wilkes-Barre, PA 18701
570-823-0101
570-825-7799 - Fax
FreeScot7@aol.com

Attorney for Plaintiff,
MICHELLE VENTURI

ECF User