IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHELLE VENTURI, : 3:08cv236
:
    Plaintiff : Judge Munley
:
v. :
:
JAMES KRENITSKY, :
BOROUGH OF OLD FORGE, :
    Defendants :

## ORDER OF DISMISSAL

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs. The parties will have thirty days in which to consummate the settlement.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court

Dated: 1/19/10